IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00545-CMA-SBP

JIMMY JONES,

    Plaintiff,

v.

TRACEY WOODROW, individually,
MARSHALL CURRIER, and
J.R. TOWING, INC.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by the Honorable Christine M. Arguello on July 29, 2024, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Defendants, Tracey Woodrow, Marshall Currier, and J.R. Towing, Inc.; and against Plaintiff Jimmy Jones.  It is

FURTHER ORDERED that Defendants shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

DATED:  July 29, 2024.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                <u>s/C. Pearson</u>
                Deputy Clerk