**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-545-CMA-SBP

JIMMY JONES, *et al*

    Plaintiff,

v.

TRACEY WOODROW, *et al*

    Defendants.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**

**SEP 03 2024**

**JEFFREY P. COLWELL
CLERK**

---

### PLAINTIFF'S MOTION FOR SETTLEMENT AND APPROVAL OF THE ATTACHED PLAINTIFF'S FIRST STATEMENT OF EVIDENCE

---

    Plaintiff, pursuant to Fed. R. App. P. 10(c), respectfully moves this Court to settle, approve, and include the attached Plaintiff's First Statement of Evidence ("Statement of Evidence") in the record on appeal, stating as follows:

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.Colo.L.CivR 7.1(a)

    Plaintiff hereby certifies that on August 28, 2024, Plaintiff conferred with opposing counsel on the filing of this motion. The parties were unable to reach an agreement. This motion should be considered to be opposed.

### BRIEF FACTUAL BACKGROUND

    On August 7, 2024, Plaintiff contacted the 10th District Court Clerk to inquire about the existence of recordings for November 6, 2023 and November 15, 2023 discovery dispute calls. The Court Clerk was unable to confirm if such recordings were available to be used to order transcripts for the record on appeal.

On August 9, 2024, Plaintiff sent a copy of the attached Statement of Evidence to opposing counsel via electronic mail. The Statement of Evidence details materially relevant statements made by Magistrate Judge Prose and Plaintiff regarding Plaintiff's intent to file a motion for leave to amend. The Defendants failed to timely respond with objections or proposed amendments as required by the rules.

## ARGUMENT

Pursuant to Fed. R. App. P. 10(c), Plaintiff has the option to prepare a statement of evidence for hearings where a transcript of the hearing is unavailable. The contents of the attached Statement of Evidence are materially relevant to the denial of Plaintiff's Motion for Leave to Amend by Magistrate Judge Prose.

The Defendants would not be prejudiced if the attached Statement of Evidence were to be settled, approved, and included in the record on appeal by the district clerk as required by Fed. R. App. P. 10(c). Plaintiff would be severely prejudiced if the district court refuses to settle, approve, and include the Statement of Evidence, as Magistrate Judge Prose denied Plaintiff's Motion for Leave to Amend on the conclusion that Plaintiff's proposed amended complaint was too long, while she herself urged Plaintiff to make the amended complaint the most complete and most thorough possible.

## CONCLUSION

WHEREFORE, for the reasons and authorities stated above, Plaintiff moves this Honorable Court to grant this Motion, settle and approve the attached Plaintiff's First Statement of Evidence, and include the Statement of Evidence in the record on appeal.

Dated: 30th day of August, 2024                    Respectfully Submitted,

                                                   Jimmy Jones / Plaintiff
                                                   P.O. Box 3595
                                                   Pagosa Springs, Colorado 81147
                                                   (828) 407-3415

### CERTIFICATE OF SERVICE

I CERTIFY that on the 30th day of August, 2024, a true and correct copy of the above and foregoing **PLAINTIFF'S MOTION FOR SETTLEMENT AND APPROVAL OF THE ATTACHED PLAINTIFF'S FIRST STATEMENT OF EVIDENCE** was sent via USPS mail to the following address:

The Lane Law Firm
3131 S. Vaughn Way, Suite 220
Aurora, Colorado 80014

Date: August 30, 2024                    Jimmy Jones / Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-545-CMA-SBP

JIMMY JONES

      Plaintiff,

v.

WOODROW, *et al*

      Defendants.

---

### PLAINTIFF'S FIRST STATEMENT OF EVIDENCE

---

    Plaintiff, pursuant to Fed. R. App. P. 10(c), files this First Statement of Evidence in order to describe the statements made by Magistrate Judge Prose and Plaintiff at discovery dispute hearings on November 6, 2023 and November 15, 2023, where said statements are material to show what Plaintiff's intent was when filing for leave to amend and Magistrate Judge Prose's urging for Plaintiff to make the most complete, most thorough proposed amended complaint possible.

    Plaintiff contacted the District Court Clerk on August 7, 2024 to inquire if official recordings of the above referenced hearings were available and the clerk was unable to provide Plaintiff with an answer.

      I.     **NOVEMBER 6, 2023 DISCOVERY DISPUTE HEARING**

**A.    The following statements were made by Plaintiff:**

    1.     "Yes, right now I'm preparing a notice of filing with over 53 different documents that will support the claims in my original complaint, so, I will be amending to

try and revive the claims that were dismissed, not because I think this court is going to, um, grant that amendment, only to preserve the record for appeal and get strict scrutiny on that, uh, uh, the proposed amended complaint on the circuit level."

**B.     The following statements were made by Magistrate Judge Prose:**

1.     "Well, far be it for me to predict what Judge Arguello might do, but I will tell you, uh, Mr. Jones, not having reviewed your draft and not pre-judging it in anyway, and it even might come before me at some point, uh, but, I, I would be not absolutely certain the court is going to revive previously dismissed claims. Now having said that, I would have to go back to Judge Arguello's order on that, did she dismiss without prejudice?"

## II.     NOVEMBER 15, 2023 DISCOVERY DISPUTE HEARING

**C.     The following statements were made my Plaintiff:**

1.     "And again, my main focus now with filing for leave to amend is, is not for this court, it's for the appellate court."

**D.     The following statements were made by Magistrate Judge Prose:**

1.     "But in truth, the law allows, always, for the Plaintiff, or defendant, to move to amend, to request the courts permission to amend and to submit a new pleading, upon the discovery of, you know, new evidence or other good cause…"

2.     "Again, I would urge you to make the most complete, the most thorough proposed amendment complaint that you can to give it your best shot with the idea that this is going to be the complaint you want to see, you would want the court to enter and to be the operative complaint, k?"

### III.   **CONCLUSION**

The above accurately represents statements made by Magistrate Judge Prose

and Plaintiff on the November 6, 2023 and November 15, 2023 discovery dispute

hearings. Plaintiff has submitted an affidavit in support of this claim. *See* (Doc #174 at

pgs. 16-18.)

Dated: 9th day of August, 2024          Respectfully Submitted,

_____

Jimmy Jones / Plaintiff
P.O. Box 3595
Pagosa Springs, CO 81147
(828) 407-3415

### **CERTIFICATE OF SERVICE**

I CERTIFY, under penalties of perjury, that on the 9th day of August, 2024, I
caused a true and correct copy of the above and foregoing **PLAINTIFF'S FIRST
STATEMENT OF EVIDENCE** to be served upon the Defendants' counsel via email to
the following:

slane@lanelawpc.com
ldevivco@lanelawpc.com
wjodonnelliiii@gmail.com
wodonnell@lanelawpc.com

Date: \_\_August 9, 2024\_\_          _____
                                                      Jimmy Jones / Plaintiff

*Retail*





80294

**RDC 99**

U.S. POSTAGE PAID
FCM LETTER
PAGOSA SPRINGS
CO 81147
AUG 30, 2024
**$1.01**

S2324H503810-13

DENVER CO 802

31 AUG 2024PM 7 L

Office of the Clerk
United States District Court
901-19th St., Room A105
Denver, CO 80294-3589

80294-250151

Jimmy Jones
P.O. Box 3595
Pagosa Springs, CO
81147